433 A.2d 539

Joyce, Appellant v. Mitropoulos.

Argued September 9, 1980. Allen L. Feingold, for appellant; Daniel Mazymuik, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Appeal quashed.

433 A.2d 540

Konrad et al., Appellants v. Wynn et al.

Argued December 1, 1980. Avram G. Adler, for appellants; Robert N. Speare, for Wynn, appellee; Andrew J. Forbes, for Ridley Sch. Dist., appellee; William Lincke, for Ridley Township, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the court below.

PRICE, J., concurred in the result.